IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| ) | CRIMINAL ACTION NO. |
| v.        ) | 3:14cr403-MHT |
| ) | (WO) |
| JEAN HERBY THELOMAT,        ) | |
| JOSEPH M. McCANN,        ) | |
| LAURA AMELIA ROBINSON,        ) | |
| JAMES RICHARD LAWLOR,        ) | |
| QUINTON MICHAEL CORBETT,        ) | |
| LISA FRAZZETO,        ) | |
| FREDA LANISE CLARK,        ) | |
| MAURICIA ADARYLL CORBETT,        ) | |
| PORCHA DONIELLE CAWTHORN,        ) | |
| ZACHARY CORNEZ LILLEY, and        ) | |
| BRITTNEY LASHELLE McCAULEY        ) | |

ORDER

It is ORDERED that the government's motion to strike forfeiture allegation (doc. no. 199) is granted and that the forfeiture allegation in the indictment (doc. no. 1) is struck, as there are no forfeitable assets.

DONE, this the 19th day of November, 2014.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE