IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr403-MHT |
| | ) | (WO) |
| JEAN HERBY THELOMAT | ) | |

OPINION AND ORDER

Pending before the court is the Probation Department's petition for early termination of the supervised release of defendant Jean Herby Thelomat (doc. no. 405). The probation officer reports no issues of noncompliance and describes Thelomat's period of supervised release as "exemplary." The government does not oppose the early termination request. Based on Thelomat's successful efforts while under supervision and the lack of opposition to the petition, the court concludes that the petition should be granted.

Accordingly, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Jean Herby Thelomat's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 10th day of October, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE